IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI DADE COUNTY, FLORIDA

PHYLLIS J. GOTTLIEB,                                          Case No.

     Plaintiff,

v.

SECURITIES AND EXCHANGE COMMISSION,
and FIRST AMERICAN TITLE INSURANCE
COMPANY,

  Defendants.

_____/

## CIVIL ACTION SUMMONS

THE STATE OF FLORIDA

To:      Each Sheriff of the State (or selected Process Server):

YOU ARE COMMANDED to serve this summons and a copy of the Complaint in this action on Defendant:

**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, # 1800
Miami, Florida 33131

IMPORTANT

A Lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court and serve copies upon undersigned counsel. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's attorney" named below.

Filing # 31197539 E-Filed 08/23/2015 11:07:14 PM

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR
MIAMI DADE COUNTY, FLORIDA

PHYLLIS J. GOTTLIEB,                          Case No.

     Plaintiff,                          (PREPARED WITH THE ASSISTANCE
                                              OF COUNSEL)

     v.

SECURITIES AND EXCHANGE COMMISSION,
and FIRST AMERICAN TITLE INSURANCE
COMPANY,

     Defendants.

_____/

## COMPLAINT FOR DECLARATORY JUDGMENT, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF, AND DAMAGES

Plaintiff, Phyllis J. Gottlieb, by and through undersigned counsel, respectfully requests this Honorable Court issue declaratory judgment and preliminary and permanent injunctive relief against Defendants, Securities and Exchange Commission (hereafter referred to as the "S.E.C.") and First American Title Insurance Company (hereafter referred to as "First American" or "Garnishee"), and in support thereof states the following:

## JURISDICTION AND VENUE

1. This is an action for declaratory judgment as authorized by Chapter 86 of the Florida Statutes.

2. The amount in controversy exceeds the sum of Fifteen Thousand Dollars ($15,000.00), exclusive of interest, fees, and costs. Therefore, this Honorable Court has jurisdiction of this action pursuant to Fla. Stat. § 26.012.

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.     CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>PHYLLIS J GOTTLIEB</u>
 Plaintiff
          vs.
<u>SECURITIES AND EXCHANGE COMMISSION, FIRST AMERICAN TITLE INSURANCE COMPANY, INC.</u>
Defendant

**II.     TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000
  - ☐ Non-homestead residential foreclosure $50,001 - $249,999
  - ☐ Non-homestead residential foreclosure $250,00 or more

- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☒ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation