UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO. 1:15-cv-23309 (Scola/Otazo-Reyes)

PHYLLIS J. GOTTLIEB

    Plaintiff,

vs.

SECURITIES AND EXCHANGE COMMISSION, and
FIRST AMERICAN TITLE INSURANCE

    Defendants.
_____/

FILED by AP D.C.
SEP 25 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

## NOTICE OF CONVENTIONAL FILING

Please take notice that the foregoing Notice of Appearance is being filed conventionally for the following reason:

- Pending CM/ECF Registration-password

Respectfully submitted,
**DAVID F. ANDERSON, P.A.**
Fla. Bar. No.: 024937
Counsel for Plaintiff
7735 NW 146 Street, Suite 205
Miami Lakes, FL 33016
Tel.:(305) 825-4052/Fax.: (305) 819-3447

By: _/s/ David F. Anderson_
David F. Anderson, Esq.
Service@dfalaw.com

## Service List

Matthew.grosack@dlapiper.com
*Counsel for Defendant First American Title Insurance Company*
Matthew Grosack
DLA Piper LLP
200 South Biscayne Blvd.
Suite 2500
Miami, FL 33131-5341

graubardj@sec.gov
*Counsel for Defendant Securities and Exchange Commission*
John J Graubard
US Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Room 400
New York, NY 10281

tylern@sec.gov
Nancy Ellen Tyler
*Counsel for Defendant Securities and Exchange Commission*
US Securities and Exchange Commission
100 F. Street NE
Mail Stop 5631
Washington, DC 20549

EP13F JULY 2007 © U.S. Postal Service



UNITED STATES POSTAL SERVICE

EXPRESS MAIL®

Flat Rate Mailing Envelope
For Domestic and International Use

Visit us at usps.com

PLEASE PRESS FIRMLY

Recycled Paper

Print postage online - Go to usps.com/postage

PLEASE PRESS FIRMLY

**UNITED STATES POSTAL SERVICE** — **Click-N-Ship®**

E — US POSTAGE — Flat Rate Env — $18.11 — usps.com
9470 1036 9930 0017 2136 58 0181 1000 0013 3128
Commercial Base Pricing
09/23/15 — Mailed from 33016 — 062S0000001310

**PRIORITY MAIL EXPRESS 1-DAY™**

DAVID F ANDERSON
DAVID F. ANDERSON. P.A.
7745 NW 146TH ST STE 205
MIAMI LAKES FL 33016-1559

Scheduled Delivery Date: 09/24/15

0007

C075

WAIVER OF SIGNATURE
SCHEDULED DELIVERY 12:00 PM

USPS INSPECTED
By _____

SHIP TO:
ATTN: INTAKE DEPARTMENT
WILKIE D. FERGUSON, JR. U.S. COURTHOUSE
400 N MIAMI AVE
MIAMI FL 33128-1801

**USPS TRACKING #**

9470 1036 9930 0017 2136 58





Cradle to Cradle C
is awarded to prod
pursue an innovati
ecologically-intellig
that eliminates the
of waste.
This USPS® packag
certified for its mat
recyclability, and m
characteristics.
Please recycle.

When used
affix custor
(PS Form 2


